Same case below, 401 Fed. Appx. 451.

**No. 10-9230. Richard Coleman, Petitioner v. Bonville & Howard, et al.**

563 U.S. 977, 131 S. Ct. 2878, 179 L. Ed. 2d 1193, 2011 U.S. LEXIS 3390.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-9232. Michell D. Eicher, Petitioner v. Andrew Diodati.**

563 U.S. 977, 131 S. Ct. 2878, 179 L. Ed. 2d 1193, 2011 U.S. LEXIS 3469, ▮

May 2, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.

**No. 10-9235. Bennie E. Smith, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

563 U.S. 977, 131 S. Ct. 2898, 179 L. Ed. 2d 1193, 2011 U.S. LEXIS 3403, ▮

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-9241. John B. Vining, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

563 U.S. 977, 131 S. Ct. 2898, 179 L. Ed. 2d 1193, 2011 U.S. LEXIS 3493.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 610 F.3d 568.

**No. 10-9247. Romell Broom, Petitioner v. David Bobby, Warden.**

563 U.S. 977, 131 S. Ct. 2878, 179 L. Ed. 2d 1193, 2011 U.S. LEXIS 3440.

May 2, 2011. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 127 Ohio St. 3d 1450, 937 N.E.2d 1039.

**No. 10-9252. Injah Tafari, Petitioner v. Daniel Weinstock, et al.**

563 U.S. 977, 131 S. Ct. 2878, 179 L. Ed. 2d 1193, 2011 U.S. LEXIS 3465, ▮

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9264. Lafond James Houck, Petitioner v. Melvin S. Lockett, Superintendent, State Correctional Institution at Pittsburgh, et al.**

563 U.S. 977, 131 S. Ct. 2878, 179 L. Ed. 2d 1193, 2011 U.S. LEXIS 3516.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 625 F.3d 88.

**No. 10-9266. Jimmy Huntley, Petitioner v. Steve Franke, Superintendent, Two Rivers Correctional Institution.**

563 U.S. 977, 131 S. Ct. 2879, 179 L. Ed. 2d 1193, 2011 U.S. LEXIS 3447.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.